IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERRY DEEN**                          **PLAINTIFF**

**V.**              **4:10CV1160 JMM**

**CLAIRDAY FOOD SERVICE
ENTERPRISES INC.**                **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial May 14, 2012, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 15, 2012.  The jury found in favor of the Plaintiff and against Defendant on the FMLA claim.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff is awarded $29,000.00 in damages against Defendant Clairday Food Service Enterprises Inc.

Dated this 27th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE